# Court of Appeals
# of the State of Georgia

ATLANTA,  July 31, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0454.  RODNEY WAYNE LITTLE v. RAE COLLIER MERRITT f/k/a RAMONA COLLIER LITTLE.

Rae Collier Merritt filed this petition for contempt action against her ex-husband, Rodney Little, alleging that he violated the court's order modifying the custody and child support provisions of their divorce decree.  The trial court granted Merritt's petition and ordered Little to pay the amount that he owed within 90 days.  Little filed this application for discretionary appeal.

Because Merritt's contempt action was based on an alleged violation of a modification of the parties' divorce decree, appellate jurisdiction lies in the Supreme Court.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6) (Supreme Court has jurisdiction over "[a]ll divorce and alimony cases"); see *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 07/31/2013
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*